UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RIVERVIEW EQUIPMENT COMPANY, LLC, et al.,<br><br>    Plaintiffs in Limitation. | Case No. 16-cv-01223-VC<br><br>**ORDER OF DISMISSAL** |
| FRANCIS KING,<br><br>    Claimant in Limitation,<br><br>  v.<br><br>RIVERVIEW EQUIPMENT COMPANY, LLC, et al.,<br><br>    Respondents in Limitation. | |
| RIVERVIEW EQUIPMENT COMPANY, LLC, et al.,<br><br>    Third-Party Plaintiffs,<br><br>  v.<br><br>DOUBLE EAGLE PRIVATE SECURITY, INC.,<br><br>    Third-Party Defendant. | |

In light of the stipulated dismissal, the claims of all parties in this case are dismissed with prejudice, with each party bearing its own fees and costs. Dkt. No. 74. The Court will enter judgment.

**IT IS SO ORDERED.**

Dated: August 11, 2017

_____
VINCE CHHABRIA
United States District Judge